# RAPHAEL BERGER ATTORNEY AT LAW

111 Clarkson Avenue, Brooklyn, N. Y. 11226    (718) 856-5100
FAX (718) 287-6801

July 31, 2006

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 7 2006 ★

BROOKLYN OFFICE

Att: Hon. Judge Robert Levy

Re: GLORIA KINGSTON v ROSICKI, ROSICKI & ASSOCIATES, et al.,
DOCKET NO. 06 Civ. 2973

Dear Hon. Judge Levy:

This will request an adjournment of the Rule 26 conference in the above for the reason that my client Gloria Kingston has informed me that she will be retaining another attorney to represent her in this matter.

I have advised the attorneys in this action by facsimile and certified mail this day.

Respectfully,

Raphael Berger
RB:bk

*MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT*

Application Granted

The Conference is adjourned to September 11, 2006 @ 2:00pm

SO ORDERED

s/Robert Levy

7/31/06